UNITED STATES DISTRICT COURT
**NORTHERN DISTRICT OF NEW YORK**

SEP 18 2007

GLORIA SHORTSLEEVES,

                                    Plaintiff,        **STIPULATION OF**
                                                            **DISCONTINUANCE**

- against -

PRIDE MOBILITY PRODUCTS CORPORATION
and THE SCOOTER STORE, INC.                        Case No.: 1:06-DV-0495
                                                                   (NAM/RFT)
                                    Defendants.

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued against, Pride Mobility Products Corporation and The Scooter Store, Inc., with prejudice and without costs to either party as against the other. In addition all cross-claims between the defendants are dismissed with prejudice and without costs to either party against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: September 4, 2007

                                                                        BRENNAN & WHITE, LLP

                                                                        William J. White, Esq.
                                                                        Bar Roll No.: 506438
                                                                        Attorneys for Plaintiff
                                                                        163 Haviland Road
                                                                        Queensbury, New York 12804

Neil L. Sambursky, Esq.
MIRANDA SOKOLOFF SAMBURSKY
SLONE VERVENIOTIS, LLP
Attorneys for Defendant, Pride Mobility Products Corporation      **IT IS SO ORDERED.**
240 Mineola Blvd.
Mineola, New York 11501

Melissa J. Smallacombe, Esq.                                      Norman A. Mordue
Bar Roll No. 102623                                                     Chief Judge
RYAN & SMALLACOMBE, PLLC
Attorneys for Defendant The Scooter Store, Inc.                 Dated: 9-18-07
100 State Street, Suite 800